FILED _____ LODGED
_RECEIVED_ _COPY_
MAY 10 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# United States District Court
## DISTRICT OF ARIZONA

In the Matter of the Search of

10333 E. Diamond Ave.
Mesa, AZ 85208

CASE NUMBER: 21-9113 MB

## SEARCH AND SEIZURE WARRANT

**TO:** Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**See Attachment A, incorporated by reference**
The affidavit in support of this Search Warrant is herein incorporated by reference or attached.

The person or property to be searched, described above, is believed to conceal:

**See Attachment B, incorporated by reference**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   5/14/2021
                                                              Date (Not to Exceed 10 days)

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
☐ for _____ days (not to exceed 30).   ☐ until, the facts justifying, the later specific date of _____.

Date and Time Issued   5/4/2021 @ 11:00am           _____ESWillett_____
                                                      Judge's Signature

City and state:         Phoenix, Arizona            Eileen S. Willett, United States Magistrate Judge
                                                      Printed Name and Title

# ATTACHMENT A

*DESCRIPTION OF PREMISES TO BE SEARCHED*

The premises located at 10333 E. Diamond Ave, Mesa, AZ 85208, is a two-story, single family house with white stucco walls, tan trim, and a brown tile roof. A white garage door with Palladian style windows faces the northeast. On the west side of the garage door, the numbers 10333 sit below a black sconce light.

Search of the above described location, including: rooms, attics, basements, and other parts therein, the surrounding grounds, any garages, storage rooms, trash containers, and out-buildings of any kind located thereon, and any vehicles directly on the property or in the street in front of or nearby or adjacent to the above identified location, provided that prior to searching said vehicle or vehicles, the vehicles can be specifically connected to person(s) at or associated with the property to be searched. These vehicles include:

- A blue 2016 Audi S3, Vehicle Identification Number (VIN) WAUB1GFF6G1034682, bearing Arizona license plate CKM4015;
- A white 2006 Audi A3, VIN WAUMF78P66A072752, bearing Arizona license plate CKM4249.



2

# ATTACHMENT B
## ITEMS TO BE SEIZED

1. The items to be seized are evidence, contraband, fruits, or instrumentalities of violations of Title 18, United States Code (U.S.C.), § 922(g)(1), felon in possession of a firearm or ammunition, Title 26, U.S.C., § 5861(a), illegal manufacture of NFA weapons, and Title 26, U.S.C., § 5861(d), possession of an National Firearms Act (NFA) weapon not registered in the National Firearms Registration and Transfer Record (NFRTR) namely:

    a. Any photographs, documents, emails, text messages, notes or other items that are related to the sale, purchase, receipt, or possession of any firearms or ammunition or any other illegal activities;

    b. Any documents or records that reflect the identity of the person(s) controlling, occupying, possessing, residing in or owning the Target Location to be searched, including rental agreements, leases, rent receipts, deeds, escrow documents, utility bills and other mailed envelopes reflecting the address and addressee;

    c. Any and all firearms and ammunition possessed in violation of Title 18, U.S.C., § 922(g)(1), including components used in the reloading of ammunition such as ammunition casings, bullets, primers, and powders;

    d. Any and all weapons possessed in violation of Title 26, U.S.C. § 5861(a) and (d), including any parts or components that when assembled constitute a violation of the aforementioned statutes, and any tools that could or would be used specifically to assemble such weapons;

e. Any explosive or destructive devices, powders, chemicals, or compounds used in the assembly, creation, or manufacture of such devices;

f. Any firearm components or accessories, to include optics, triggers, upper receivers, barrels, grips, un-serialized lower receivers, unfinished 80% lowers, parts-kits, or auto-sears used to modify, enhance, or complete a firearm as defined in Title 18 U.S.C. § 921, or weapons as defined in Title 26, U.S.C. § 5845;

f. With respect to any digital device containing evidence falling within the scope of the foregoing categories of items to be seized;

    i. evidence of who used, owned, or controlled the device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, e-mail, e-mail contacts, chat and instant messaging logs, photographs, and correspondence;

    ii. evidence of the presence or absence of software that would allow others to control the device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    iii. evidence of the attachment of other devices;

    iv. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the device;

    v. evidence of the times the device was used;

vi. passwords, encryption keys, and other access devices that may be necessary to access the device;

vii. applications, utility programs, compilers, interpreters, or other software, as well as documentation and manuals, that may be necessary to access the device or to conduct a forensic examination of it;

viii. records of or information about Internet Protocol addresses used by the device;

ix. records of or information about the device's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

2. As used herein, the terms "records," "documents," "programs," "applications," and "materials" include records, documents, programs, applications, and materials created, modified, or stored in any form, including in digital form on any digital device and any forensic copies thereof.

3. As used herein, the term "digital device" includes any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop, laptop, notebook, and tablet computers; personal digital assistants; wireless communication devices, such as telephone paging devices, beepers, mobile telephones, and smart phones; digital cameras; peripheral input/output devices, such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media; related communications devices, such as modems, routers, cables, and connections; storage media,

3

such as hard disk drives, floppy disks, memory cards, optical disks, and magnetic tapes used to store digital data (excluding analog tapes such as VHS); and security devices.

5. In order to search for data capable of being read or interpreted by a digital device, law enforcement personnel are authorized to seize the following items:

a. Any digital device capable of being used to commit, further or store evidence of the offense(s) listed above;

b. Any equipment used to facilitate the transmission, creation, display, encoding, or storage of digital data;

c. Any magnetic, electronic, or optical storage device capable of storing digital data;

d. Any documentation, operating logs, or reference manuals regarding the operation of the digital device or software used in the digital device;

e. Any applications, utility programs, compilers, interpreters, or other software used to facilitate direct or indirect communication with the digital device;

f. Any physical keys, encryption devices, dongles, or similar physical items that are necessary to gain access to the digital device or data stored on the digital device; and

g. Any passwords, password files, test keys, encryption codes, or other information necessary to access the digital device or data stored on the digital device.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 21-9113 MB | 5/7/2021 @ 10:00 am | Sean Manning |

Inventory made in the presence of: SA Thomas Phillips + SA Jason Saitta

Inventory of the property taken and name of any person(s) seized:

See attached FD-597

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/10/2021

*Executing officer's signature*

Thomas Phillips, Special Agent
*Printed name and title*

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

3339076 RP 5/10/21

Case ID: 266T-PX-3339067

On (date): 5/7/2021

item(s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Sean Mark Manning
(Street Address) 10333 E. Diamond Ave.
(City) Mesa, AZ 85208

Description of Item(s): -Samsung Galaxy S10 with black colored case (IMEI: 352334106231639), (1) 9x19 CC, Plastic container containing (245) .223 Remington CC, (26) 7.62x51 CC, (22) 9mm CC, silver colored Apple laptop S/N: C02K4BCADTY3, (3) boxes containing optic mounts, silver colored Apple MacBook Pro with brown colored cover, 16gb thumbdrive, WD easystore harddrive S/N: 7S6YKH7C, black colored Glock case containing (2) black colored 9mm magazines, (1) 9mm clear colored magazine + black colored speed loader, (2) 643x/648-9x19, 10RD magazines in original packaging, P80 box containing red colored template, (3) Luger 9mm CCLA, Empty Remington 9mm Luger Range Bucket, down range bag with accessories, gun stock and shotgun foregrip, box containing MGW 309 sight adjustment tool for Glock models, box containing Universal handgun sight, 64gb SanDisk card, (2) ALG combat triggers, (1) ALG AK Trigger-Enhanced with Lightening Bow, (1) trigger mechanism, (2) grip plates, Blue colored Dell Inspiron laptop S/N: 82P63C2 with cord, Magpul Bev Block AR15/M4 upper + lower receivers

Received By: (Signature)
Printed Name/Title: Thomas Phillips / Special Agent

Received From: (Signature)
Printed Name/Title: